[No. 2162–2.   Division Two.   November 15, 1977.]

DOROTHY P. FREEHILL, *Respondent,* v. PETER E. FREEHILL, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 18681, Robert J. Bryan, J., entered November 6, 1975. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Petrie and Reed, JJ.

[No. 2020–3.   Division Three.   November 15, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. AUBREY LEE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3401, Richard G. Patrick, J., entered June 9, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 1756–3.   Division Three.   November 15, 1977.]

TERESA L. BOURSAW, *Appellant,* v. THE COUNTY OF CHELAN, *Respondent.*

Appeal from a judgment of the Superior Court for Douglas County, No. 10733, Felix Rea, J., entered October 16, 1975. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.